Argued April 19, reversed and remanded April 20, 1976

ROBERT PEREA, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 11-75-225, CA 5630)

548 P2d 996

*J. Marvin Kuhn* argued the cause for petitioner.

*Thomas H. Denney* argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Reversed and remanded. *Hindman v. OSP,* 25 Or App 61, 547 P2d 646 (1976).